UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW WHITE, :
:
Plaintiff, :
v. : **ORDER**
: 20-CV-04355 (WFK) (MMH)
NANO-X IMAGING LTD., *et al.*, :
:
Defendants. :
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby RESTORES the motions previously filed at ECF Nos. 10, 12, 15, 18, and 21. Each of these motions, along with the motion pending at ECF No. 31, is hereby respectfully REFERRED to Magistrate Judge Marcia Henry for a Report and Recommendation.

**SO ORDERED.**

s/WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2021
    Brooklyn, New York