UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    v s .<br><br>NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN, Defendants. | Civil Action No. 1:20-cv-04355-WFK-MMH<br><br>CLASS ACTION<br><br>**Oral Argument Requested** |

**NOTICE OF DEFENDANTS' MOTION FOR
CONSOLIDATION OF RELATED ACTIONS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Consolidation of the following actions: (a) *White v. Nano-X Imaging Ltd.*, No. 1:20-cv-04355, (b) *Duarte v. Nano-X Imaging Ltd.*, No. 1:20-cv-04528, and (c) *McLaughlin v. Nano-X Imaging Ltd.*, No. 1:21-cv-05517 (subsequently designated *In Re Nano-X Securities Litigation*) (the "Related Actions"); the accompanying Declaration of Susan L. Saltzstein, dated June 3, 2022, and the exhibits thereto; and upon all prior papers and proceedings herein, defendants Nano-X Imagining Ltd., Ran Poliakine, and Itzhak Maayan will move this Court before the Honorable William F. Kuntz, II, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and at a time designated by the Court for an Order pursuant to Federal Rule of Civil Procedure 42 consolidating the Related Actions.

Dated:  New York, New York
       June 3, 2022

                                        /s/ *Susan L. Saltzstein*
                                       Susan L. Saltzstein
                                       Christopher P. Malloy
                                       SKADDEN, ARPS, SLATE, MEAGHER &
                                       FLOM LLP
                                       One Manhattan West
                                       New York, NY 10001
                                       Telephone: (212) 735-3000
                                       susan.saltzstein@skadden.com
                                       christopher.malloy@skadden.com

                                       *Attorneys for Defendants*

2