**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN, Defendants. | Civil Action No. 1:20-cv-04355-WFK-MMH CLASS ACTION |

## DECLARATION OF SUSAN L. SALTZSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE

SUSAN L. SALTZSTEIN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am a member of the Bar of this Court and a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel to Defendants Nano-X Imagining Ltd., Ran Poliakine, and Itzhak Maayan.

2.  I respectfully submit this declaration, together with the attached exhibits, in support of Defendants' Motion to Consolidate.

3.  For the Court's consideration, attached are true and correct copies of the following:

- Exhibit 1 – Complaint filed in *White v. Nano-X Imaging Ltd.*, No. 1:20-cv-04355, dated September 16, 2020.

- Exhibit 2 – Complaint filed in *Duarte v. Nano-X Imaging Ltd.*, No. 1:20-cv-04528, dated September 24, 2020.

- Exhibit 3 – Original complaint filed in *McLaughlin v. Nano-X Imaging Ltd.*, No. 1:21-cv-05517, dated October 5, 2021.

- Exhibit 4 – Amended complaint filed in *In re Nano-X Securities Litigation*, No. 1:21-cv-05517, dated April 12, 2022.

- Exhibit 5 – Letter to Judge Kuntz and Judge Kovner from Susan L. Saltzstein, dated December 21, 2021.

- Exhibit 6 – Letter to Judge Kuntz and Judge Kovner from Jeremy Lieberman, dated December 28, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
      June 3, 2022

By: */s/ Susan L. Saltzstein*
Susan L. Saltzstein

2