**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATHEW WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN, Defendants. | Civil Action No. 1:20-cv-04355-WFK-MMH<br><br>CLASS ACTION |

### DECLARATION OF VERONICA V. MONTENEGRO

I, Veronica V. Montenegro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a member of the Bar and Of Counsel of the law firm of Pomerantz LLP.  I am personally involved in the representation of the Lead Plaintiff in the action *In re Nano-X Securities Litigation,* No. 1:21-cv-05517-RPK-PK and submit this declaration in support of Lead Plaintiff's and the plaintiffs' in *White v. Nano-X Imaging Ltd.*, No. 1:20-cv-04355 memorandum of law in opposition to Defendants' motion for consolidation.  I have personal knowledge of the matters set forth herein.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the complaint filed in *White v. Nano-X Imaging Ltd.*, No. 1:20-cv-04355, dated September 16, 2020 (the "*White* Complaint").

1

3.    Attached hereto as Exhibit 2 is a true and correct copy of the complaint filed in *Duarte v. Nano-X Imaging Ltd.*, No. 1:20-cv-04528, dated September 24, 2020 (the "*Duarte* Complaint").

4.    Attached hereto as Exhibit 3 is a true and correct copy of the amended complaint filed in *In re Nano-X Securities Litigation*, No. 1:21-cv-05517, dated April 12, 2022 (the "*McLaughlin* Complaint").

5.    Attached hereto as Exhibit 4 is a true and correct copy of Exhibit B to the Edward Ko and Derson O. Jolteus Motion for Consolidation and Lead Appointment, dated November 16, 2020.

6.    Attached hereto as Exhibit 5 is a true and correct copy of Exhibit A to the Davian Holdings Limited's Motion for Lead Appointment, dated December 6, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June 2022, in New York, NY.

 */s/ Veronica V. Montenegro*
Veronica V. Montenegro