# Exhibit 4

# EXHIBIT B

| Client Name | Edward Ko |
|---|---|
| Company Name | Nano-X Imaging Ltd |
| Ticker Symbol | NNOX |
| Security Type | |
| Class Period Start | 08-21-2020 |
| Class Period End | 09-15-2020 |
| 90-DAY Lookback Period Start | 09-15-2020 |
| 90-DAY Lookback Period End | 11-15-2020 |
| 90-DAY Lookback Average | $ 32.31 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $264,351.28 |
| *DURA LIFO* Total* | $257,006.91 |
| Gross Shares Purchased | 32,145.00 |
| Net Shares Retained | 15,623.00 |
| Net Funds Expended | $ 875,592.21 |

**Edward Ko**

| Purchases | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-11-2020 | 6000 | 55.4999 | $ 332,999.40 | 09-11-2020 | 6000 | | $ 55.80 | $ 334,800.00 | - | - | - | $ 32.31 | | -$ 1,800.60 | -$ 1,800.60 |
| 09-11-2020 | 16 | 56.257 | $ 900.11 | 09-11-2020 | 16 | | $ 55.80 | $ 892.80 | - | - | - | $ 32.31 | | $ 07.31 | |
| 09-11-2020 | 5184 | 56.16 | $ 291,133.44 | 09-11-2020 | 5184 | | $ 55.80 | $ 289,267.20 | - | - | - | $ 32.31 | | $ 1,866.24 | |
| 09-11-2020 | 3310 | 56.025 | $ 185,442.75 | 09-11-2020 | 3310 | | $ 55.80 | $ 184,698.00 | - | - | - | $ 32.31 | | $ 744.75 | |
| 09-11-2020 | 602 | 55.4621 | $ 33,388.18 | 09-11-2020 | 602 | | $ 55.80 | $ 33,591.60 | - | - | - | $ 32.31 | | -$ 203.42 | -$ 203.42 |
| 09-11-2020 | 300 | 55.4499 | $ 16,634.97 | 09-11-2020 | 300 | | $ 55.80 | $ 16,740.00 | - | - | - | $ 32.31 | | -$ 105.03 | -$ 105.03 |
| 09-11-2020 | 130 | 55.5999 | $ 7,227.99 | 09-11-2020 | 130 | | $ 55.80 | $ 7,254.00 | - | - | - | $ 32.31 | | -$ 26.01 | -$ 26.01 |
| 09-11-2020 | 10 | 55.5232 | $ 555.23 | 09-11-2020 | 10 | | $ 55.80 | $ 558.00 | - | - | - | $ 32.31 | | -$ 02.77 | -$ 02.77 |
| 09-11-2020 | 70 | 55.7499 | $ 3,902.49 | 09-11-2020 | 70 | | $ 55.80 | $ 3,906.00 | - | - | - | $ 32.31 | | -$ 03.51 | -$ 03.51 |
| 09-14-2020 | 998 | 54.79 | $ 54,680.42 | 09-15-2020 | | 998 | $ 39.00 | | $ 38,922.00 | 998 | - | $ 32.31 | | $ 15,758.42 | $ 15,758.42 |
| 09-14-2020 | 500 | 54.79 | $ 27,395.00 | 09-15-2020 | | 500 | $ 38.89 | | $ 19,445.00 | 500 | - | $ 32.31 | | $ 7,950.00 | $ 7,950.00 |
| 09-14-2020 | 25 | 54.79 | $ 1,369.75 | 09-15-2020 | | 25 | $ 38.81 | | $ 970.25 | 25 | - | $ 32.31 | | $ 399.50 | $ 399.50 |
| 09-14-2020 | 100 | 54.79 | $ 5,479.00 | 09-15-2020 | | 100 | $ 38.55 | | $ 3,855.00 | 100 | - | $ 32.31 | | $ 1,624.00 | $ 1,624.00 |
| 09-14-2020 | 1 | 54.79 | $ 54.79 | 09-15-2020 | | 1 | $ 38.53 | | $ 38.53 | 1 | - | $ 32.31 | | $ 16.26 | $ 16.26 |
| 09-14-2020 | 1 | 54.79 | $ 54.79 | 09-15-2020 | | 1 | $ 38.52 | | $ 38.52 | 1 | - | $ 32.31 | | $ 16.27 | $ 16.27 |
| 09-14-2020 | 10 | 54.79 | $ 547.90 | 09-15-2020 | | 10 | $ 38.51 | | $ 385.10 | 10 | - | $ 32.31 | | $ 162.80 | $ 162.80 |
| 09-14-2020 | 4365 | 54.79 | $ 239,158.35 | 09-15-2020 | | 4365 | $ 38.50 | | $ 168,052.50 | 4365 | - | $ 32.31 | | $ 71,105.85 | $ 71,105.85 |
| 09-14-2020 | 2508 | 56.79 | $ 142,429.32 | 09-15-2020 | | 2508 | $ 39.00 | | $ 97,812.00 | 2508 | - | $ 32.31 | | $ 44,617.32 | $ 44,617.32 |
| 09-14-2020 | 99 | 56.68 | $ 5,611.32 | 09-15-2020 | | 99 | $ 39.00 | | $ 3,861.00 | 99 | - | $ 32.31 | | $ 1,750.32 | $ 1,750.32 |
| 09-14-2020 | 220 | 56.6 | $ 12,452.00 | 09-15-2020 | | 220 | $ 39.00 | | $ 8,580.00 | 220 | - | $ 32.31 | | $ 3,872.00 | $ 3,872.00 |
| 09-14-2020 | 10 | 56.55 | $ 565.50 | 09-15-2020 | | 10 | $ 39.20 | | $ 392.00 | 10 | - | $ 32.31 | | $ 173.50 | $ 173.50 |
| 09-14-2020 | 354 | 56.55 | $ 20,018.70 | 09-15-2020 | | 354 | $ 39.15 | | $ 13,859.10 | 354 | - | $ 32.31 | | $ 6,159.60 | $ 6,159.60 |
| 09-14-2020 | 135 | 56.55 | $ 7,634.25 | 09-15-2020 | | 135 | $ 39.10 | | $ 5,278.50 | 135 | - | $ 32.31 | | $ 2,355.75 | $ 2,355.75 |
| 09-14-2020 | 5 | 56.55 | $ 282.75 | 09-15-2020 | | 5 | $ 39.06 | | $ 195.30 | 5 | - | $ 32.31 | | $ 87.45 | $ 87.45 |
| 09-14-2020 | 100 | 56.55 | $ 5,655.00 | 09-15-2020 | | 100 | $ 39.05 | | $ 3,905.00 | 100 | - | $ 32.31 | | $ 1,750.00 | $ 1,750.00 |
| 09-14-2020 | 110 | 56.55 | $ 6,220.50 | 09-15-2020 | | 110 | $ 39.01 | | $ 4,291.10 | 110 | - | $ 32.31 | | $ 1,929.40 | $ 1,929.40 |
| 09-14-2020 | 86 | 56.55 | $ 4,863.30 | 09-15-2020 | | 86 | $ 39.00 | | $ 3,354.00 | 86 | - | $ 32.31 | | $ 1,509.30 | $ 1,509.30 |
| 09-14-2020 | 1 | 56.51 | $ 56.51 | 09-15-2020 | | 1 | $ 39.20 | | $ 39.20 | 1 | - | $ 32.31 | | $ 17.31 | $ 17.31 |
| 09-14-2020 | 378 | 56.5 | $ 21,357.00 | 09-15-2020 | | 378 | $ 39.30 | | $ 14,855.40 | 378 | - | $ 32.31 | | $ 6,501.60 | $ 6,501.60 |
| 09-14-2020 | 2 | 56.5 | $ 113.00 | 09-15-2020 | | 2 | $ 39.29 | | $ 78.58 | 2 | - | $ 32.31 | | $ 34.42 | $ 34.42 |
| 09-14-2020 | 515 | 56.5 | $ 29,097.50 | 09-15-2020 | | 515 | $ 39.25 | | $ 20,213.75 | 515 | - | $ 32.31 | | $ 8,883.75 | $ 8,883.75 |
| 09-14-2020 | 5 | 56.5 | $ 282.50 | 09-15-2020 | | 5 | $ 39.24 | | $ 196.20 | 5 | - | $ 32.31 | | $ 86.30 | $ 86.30 |
| 09-14-2020 | 4 | 56.5 | $ 226.00 | 09-15-2020 | | 4 | $ 39.21 | | $ 156.84 | 4 | - | $ 32.31 | | $ 69.16 | $ 69.16 |
| 09-14-2020 | 176 | 56.5 | $ 9,944.00 | 09-15-2020 | | 176 | $ 39.20 | | $ 6,899.20 | 176 | - | $ 32.31 | | $ 3,044.80 | $ 3,044.80 |
| 09-14-2020 | 50 | 56.49 | $ 2,824.50 | 09-15-2020 | | 50 | $ 39.30 | | $ 1,965.00 | 50 | - | $ 32.31 | | $ 859.50 | $ 859.50 |
| 09-14-2020 | 50 | 56.44 | $ 2,822.00 | 09-15-2020 | | 50 | $ 39.30 | | $ 1,965.00 | 50 | - | $ 32.31 | | $ 857.00 | $ 857.00 |
| 09-14-2020 | 8 | 56.39 | $ 451.12 | 09-15-2020 | | 8 | $ 39.39 | | $ 315.12 | 8 | - | $ 32.31 | | $ 136.00 | $ 136.00 |
| 09-14-2020 | 15 | 56.39 | $ 845.85 | 09-15-2020 | | 15 | $ 39.37 | | $ 590.55 | 15 | - | $ 32.31 | | $ 255.30 | $ 255.30 |
| 09-14-2020 | 1 | 56.39 | $ 56.39 | 09-15-2020 | | 1 | $ 39.35 | | $ 39.35 | 1 | - | $ 32.31 | | $ 17.04 | $ 17.04 |
| 09-14-2020 | 138 | 56.39 | $ 7,781.82 | 09-15-2020 | | 138 | $ 39.33 | | $ 5,427.54 | 138 | - | $ 32.31 | | $ 2,354.28 | $ 2,354.28 |
| 09-14-2020 | 20 | 56.39 | $ 1,127.80 | 09-15-2020 | | 20 | $ 39.31 | | $ 786.20 | 20 | - | $ 32.31 | | $ 341.60 | $ 341.60 |
| 09-14-2020 | 18 | 56.39 | $ 1,015.02 | 09-15-2020 | | 18 | $ 39.30 | | $ 707.40 | 18 | - | $ 32.31 | | $ 307.62 | $ 307.62 |
| 09-14-2020 | 58 | 56.37 | $ 3,269.46 | 09-15-2020 | | 58 | $ 39.41 | | $ 2,285.78 | 58 | - | $ 32.31 | | $ 983.68 | $ 983.68 |
| 09-14-2020 | 42 | 56.37 | $ 2,367.54 | 09-15-2020 | | 42 | $ 39.39 | | $ 1,654.38 | 42 | - | $ 32.31 | | $ 713.16 | $ 713.16 |
| 09-14-2020 | 74 | 56.2 | $ 4,158.80 | 09-15-2020 | | 74 | $ 39.44 | | $ 2,918.56 | 74 | - | $ 32.31 | | $ 1,240.24 | $ 1,240.24 |
| 09-14-2020 | 26 | 56.2 | $ 1,461.20 | 09-15-2020 | | 26 | $ 39.43 | | $ 1,025.18 | 26 | - | $ 32.31 | | $ 436.02 | $ 436.02 |
| 09-14-2020 | 150 | 56.2 | $ 8,430.00 | 09-15-2020 | | 150 | $ 39.42 | | $ 5,913.00 | 150 | - | $ 32.31 | | $ 2,517.00 | $ 2,517.00 |
| 09-14-2020 | 42 | 56.2 | $ 2,360.40 | 09-15-2020 | | 42 | $ 39.41 | | $ 1,655.22 | 42 | - | $ 32.31 | | $ 705.18 | $ 705.18 |
| 09-14-2020 | 100 | 56.14 | $ 5,614.00 | 09-15-2020 | | 100 | $ 39.44 | | $ 3,944.00 | 100 | - | $ 32.31 | | $ 1,670.00 | $ 1,670.00 |
| 09-14-2020 | 106 | 56.2651 | $ 5,964.10 | 09-15-2020 | | 106 | $ 40.10 | | $ 4,250.60 | 106 | - | $ 32.31 | | $ 1,713.50 | $ 1,713.50 |
| 09-14-2020 | 1 | 56.27 | $ 56.27 | 09-15-2020 | | 1 | $ 40.08 | | $ 40.08 | 1 | - | $ 32.31 | | $ 16.19 | $ 16.19 |
| 09-14-2020 | 30 | 56.2651 | $ 1,687.95 | 09-15-2020 | | 30 | $ 40.06 | | $ 1,201.80 | 30 | - | $ 32.31 | | $ 486.15 | $ 486.15 |
| 09-14-2020 | 300 | 56.2651 | $ 16,879.53 | 09-15-2020 | | 300 | $ 40.01 | | $ 12,003.00 | 300 | - | $ 32.31 | | $ 4,876.53 | $ 4,876.53 |
| 09-14-2020 | 119 | 56.2651 | $ 6,695.55 | 09-15-2020 | | 119 | $ 40.00 | | $ 4,760.00 | 119 | - | $ 32.31 | | $ 1,935.55 | $ 1,935.55 |
| 09-14-2020 | 1 | 56.2651 | $ 56.27 | 09-15-2020 | | 1 | $ 39.96 | | $ 39.96 | 1 | - | $ 32.31 | | $ 16.31 | $ 16.31 |
| 09-14-2020 | 360 | 56.2651 | $ 20,255.44 | 09-15-2020 | | 360 | $ 39.90 | | $ 14,364.00 | 360 | - | $ 32.31 | | $ 5,891.44 | $ 5,891.44 |
| 09-14-2020 | 1 | 56.2651 | $ 56.27 | 09-15-2020 | | 1 | $ 39.85 | | $ 39.85 | 1 | - | $ 32.31 | | $ 16.42 | $ 16.42 |
| 09-14-2020 | 2 | 56.2651 | $ 112.53 | 09-15-2020 | | 2 | $ 39.84 | | $ 79.68 | 2 | - | $ 32.31 | | $ 32.85 | $ 32.85 |
| 09-14-2020 | 213 | 56.2651 | $ 11,984.47 | 09-15-2020 | | 213 | $ 39.80 | | $ 8,477.40 | 213 | - | $ 32.31 | | $ 3,507.07 | $ 3,507.07 |

Case 1:20-cv-04355-WFK-MMH   Document 14-24   Filed 11/16/2022   Page 3 of 4 PageID #: 882

| Trade Date | Shares Purchased During CP | Price Per Share | Total Cost | Trade Date | Shares Sold During CP | Shares Sold During LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-14-2020 | 600 | 56.2651 | $33,759.06 | 09-15-2020 | 600 | | $39.78 | $23,868.00 | | 600 | - | $32.31 | | $9,891.06 | $9,891.06 |
| 09-14-2020 | 105 | 56.2651 | $5,907.84 | 09-15-2020 | 105 | | $39.76 | $4,174.80 | | 105 | - | $32.31 | | $1,733.04 | $1,733.04 |
| 09-14-2020 | 1 | 56.2651 | $56.27 | 09-15-2020 | 1 | | $39.75 | $39.75 | | 1 | - | $32.31 | | $16.52 | $16.52 |
| 09-14-2020 | 201 | 56.2651 | $11,309.29 | 09-15-2020 | 201 | | $39.72 | $7,983.72 | | 201 | - | $32.31 | | $3,325.57 | $3,325.57 |
| 09-14-2020 | 72 | 56.2651 | $4,051.09 | 09-15-2020 | 72 | | $39.71 | $2,859.12 | | 72 | - | $32.31 | | $1,191.97 | $1,191.97 |
| 09-14-2020 | 102 | 56.2651 | $5,739.04 | 09-15-2020 | 102 | | $39.70 | $4,049.40 | | 102 | - | $32.31 | | $1,689.64 | $1,689.64 |
| 09-14-2020 | 6 | 56.2651 | $337.59 | 09-15-2020 | 6 | | $39.63 | $237.78 | | 6 | - | $32.31 | | $99.81 | $99.81 |
| 09-14-2020 | 10 | 56.2651 | $562.65 | 09-15-2020 | 10 | | $39.51 | $395.10 | | 10 | - | $32.31 | | $167.55 | $167.55 |
| 09-14-2020 | 734 | 56.2651 | $41,298.58 | 09-15-2020 | 734 | | $39.50 | $28,993.00 | | 734 | - | $32.31 | | $12,305.58 | $12,305.58 |
| 09-14-2020 | 10 | 56.2651 | $562.65 | 09-15-2020 | 10 | | $39.49 | $394.90 | | 10 | - | $32.31 | | $167.75 | $167.75 |
| 09-14-2020 | 26 | 56.2651 | $1,462.89 | 09-15-2020 | 26 | | $39.44 | $1,025.44 | | 26 | - | $32.31 | | $437.45 | $437.45 |
| 09-14-2020 | 120 | 54.7501 | $6,570.01 | 09-15-2020 | 120 | | $40.11 | $4,813.20 | | 120 | - | $32.31 | | $1,756.81 | $1,756.81 |
| 09-14-2020 | 294 | 54.7501 | $16,096.53 | 09-15-2020 | 294 | | $40.10 | $11,789.40 | | 294 | - | $32.31 | | $4,307.13 | $4,307.13 |
| 09-14-2020 | 6 | 54.7168 | $328.30 | 09-15-2020 | 6 | | $40.20 | $241.20 | | 6 | - | $32.31 | | $87.10 | $87.10 |
| 09-14-2020 | 80 | 54.7168 | $4,377.34 | 09-15-2020 | 80 | | $40.11 | $3,208.80 | | 80 | - | $32.31 | | $1,168.54 | $1,168.54 |
| 09-14-2020 | 111 | 54.7137 | $6,073.22 | 09-14-2020 | 111 | | $50.10 | $5,561.49 | - | - | - | $32.31 | | $511.73 | |
| 09-14-2020 | 300 | 54.7137 | $16,414.11 | 09-14-2020 | 300 | | $49.58 | $14,874.00 | - | - | - | $32.31 | | $1,540.11 | |
| 09-14-2020 | 623 | 54.7137 | $34,086.64 | 09-15-2020 | | 623 | $40.20 | | $25,044.60 | 623 | - | $32.31 | | $9,042.04 | $9,042.04 |
| 09-14-2020 | 42 | 54.665 | $2,295.93 | 09-14-2020 | 42 | | $50.10 | $2,104.35 | - | - | - | $32.31 | | $191.58 | |
| 09-14-2020 | 17 | 55.2886 | $939.91 | 09-14-2020 | 17 | | $50.10 | $851.76 | - | - | - | $32.31 | | $88.15 | |
| 09-14-2020 | 30 | 55.5 | $1,665.00 | 09-14-2020 | 30 | | $50.10 | $1,503.11 | - | - | - | $32.31 | | $161.90 | |
| 09-14-2020 | 200 | 55.585 | $11,117.00 | 09-14-2020 | 200 | | $50.10 | $10,020.70 | - | - | - | $32.31 | | $1,096.30 | |
| 09-14-2020 | 200 | 55.785 | $11,157.00 | 09-14-2020 | 200 | | $50.10 | $10,020.70 | - | - | - | $32.31 | | $1,136.30 | |
| **Total:** | **32,145.00** | | **$1,792,235.91** | | **16,522.00** | **15,623.00** | | **$916,643.70** | **$611,240.93** | **15,623.00** | | | | **$264,351.28** | **$257,006.91** |

| | |
|---|---|
| **Client Name** | Derson O. Jolteus |
| **Company Name** | Nano-X Imaging Ltd |
| **Ticker Symbol** | NNOX |
| **Security Type** | |
| **Class Period Start** | 08-21-2020 |
| **Class Period End** | 09-15-2020 |
| **90-DAY Lookback Period Start** | 09-15-2020 |
| **90-DAY Lookback Period End** | 11-15-2020 |
| **90-DAY Lookback Average** | $32.31 |
| **Pre Class Period Holdings** | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| **LIFO Loss Total** | $128,160.07 |
| *DURA LIFO* Total* | $128,160.07 |
| **Gross Shares Purchased** | 15,600.00 |
| **Net Shares Retained** | 7,601.00 |
| **Net Funds Expended** | $379,266.68 |

### Derson O. Jolteus

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| | 09-02-2020 | 6799 | 43.47 | $295,552.53 | 09-09-2020 | 6799 | | $45.01 | $306,023.67 | - | - | - | $32.31 | | -$10,471.14 | -$10,471.14 |
| | 09-02-2020 | 1 | 43.47 | $43.47 | | | | | | - | 1 | 1 | $32.31 | $32.31 | $11.16 | $11.16 |
| | 09-02-2020 | 1110 | 43.2564 | $48,014.60 | 09-09-2020 | 1110 | | $45.01 | $49,961.21 | - | - | - | $32.31 | | -$1,946.61 | -$1,946.61 |
| | 09-02-2020 | 90 | 43.23 | $3,890.70 | 09-09-2020 | 90 | | $45.01 | $4,050.91 | - | - | - | $32.31 | | -$160.21 | -$160.21 |
| | 09-15-2020 | 72 | 51.88 | $3,735.36 | | | | | | - | 72 | 72 | $32.31 | $2,326.08 | $1,409.28 | $1,409.28 |
| | 09-15-2020 | 25 | 51.85 | $1,296.25 | | | | | | - | 25 | 25 | $32.31 | $807.67 | $488.58 | $488.58 |
| | 09-15-2020 | 350 | 51.83 | $18,140.50 | | | | | | - | 350 | 350 | $32.31 | $11,307.33 | $6,833.17 | $6,833.17 |
| | 09-15-2020 | 200 | 51.82 | $10,364.00 | | | | | | - | 200 | 200 | $32.31 | $6,461.33 | $3,902.67 | $3,902.67 |
| | 09-15-2020 | 200 | 51.81 | $10,362.00 | | | | | | - | 200 | 200 | $32.31 | $6,461.33 | $3,900.67 | $3,900.67 |
| | 09-15-2020 | 700 | 51.78 | $36,246.00 | | | | | | - | 700 | 700 | $32.31 | $22,614.67 | $13,631.33 | $13,631.33 |
| | 09-15-2020 | 50 | 51.75 | $2,587.50 | | | | | | - | 50 | 50 | $32.31 | $1,615.33 | $972.17 | $972.17 |
| | 09-15-2020 | 1300 | 51.6 | $67,080.00 | | | | | | - | 1300 | 1300 | $32.31 | $41,998.67 | $25,081.33 | $25,081.33 |
| | 09-15-2020 | 168 | 51.59 | $8,667.12 | 09-23-2020 | | 168 | $32.29 | | $5,424.72 | 168 | - | $32.31 | | $3,242.40 | $3,242.40 |
| | 09-15-2020 | 232 | 51.59 | $11,968.88 | | | | | | - | 232 | 232 | $32.31 | $7,495.15 | $4,473.73 | $4,473.73 |
| | 09-15-2020 | 350 | 51.55 | $18,042.50 | 09-23-2020 | | 350 | $32.29 | | $11,301.50 | 350 | - | $32.31 | | $6,741.00 | $6,741.00 |
| | 09-15-2020 | 25 | 51.51 | $1,287.75 | 09-23-2020 | | 25 | $32.29 | | $807.25 | 25 | - | $32.31 | | $480.50 | $480.50 |
| | 09-15-2020 | 728 | 51.5 | $37,492.00 | 09-23-2020 | | 728 | $32.29 | | $23,507.12 | 728 | - | $32.31 | | $13,984.88 | $13,984.88 |
| | 09-15-2020 | 1 | 51.49 | $51.49 | 09-18-2020 | | 1 | $34.45 | | $34.45 | 1 | - | $32.31 | | $17.04 | $17.04 |
| | 09-15-2020 | 599 | 51.49 | $30,842.51 | 09-23-2020 | | 599 | $32.29 | | $19,341.71 | 599 | - | $32.31 | | $11,500.80 | $11,500.80 |
| | 09-15-2020 | 7 | 51.48 | $360.36 | 09-18-2020 | | 7 | $34.45 | | $241.15 | 7 | - | $32.31 | | $119.21 | $119.21 |
| | 09-15-2020 | 125 | 51.45 | $6,431.25 | 09-18-2020 | | 125 | $34.45 | | $4,306.25 | 125 | - | $32.31 | | $2,125.00 | $2,125.00 |
| | 09-15-2020 | 200 | 51.42 | $10,284.00 | 09-18-2020 | | 200 | $34.45 | | $6,890.00 | 200 | - | $32.31 | | $3,394.00 | $3,394.00 |
| | 09-15-2020 | 2093 | 51.4 | $107,580.20 | 09-18-2020 | | 2093 | $34.45 | | $72,103.85 | 2093 | - | $32.31 | | $35,476.35 | $35,476.35 |
| | 09-15-2020 | 100 | 51.35 | $5,135.00 | 09-18-2020 | | 100 | $34.45 | | $3,445.00 | 100 | - | $32.31 | | $1,690.00 | $1,690.00 |
| | 09-15-2020 | 25 | 51.3 | $1,282.50 | 09-18-2020 | | 25 | $34.45 | | $861.25 | 25 | - | $32.31 | | $421.25 | $421.25 |
| | 09-15-2020 | 25 | 51.29 | $1,282.25 | 09-18-2020 | | 25 | $34.45 | | $861.25 | 25 | - | $32.31 | | $421.00 | $421.00 |
| | 09-15-2020 | 25 | 51.27 | $1,281.75 | 09-18-2020 | | 25 | $34.45 | | $861.25 | 25 | - | $32.31 | | $420.50 | $420.50 |
| **Total:** | | **15,600.00** | | **$739,302.47** | | **7,999.00** | **4,471.00** | | **$360,035.79** | **$149,986.75** | **7,601.00** | **3,130.00** | | **$101,119.87** | **$128,160.07** | **$128,160.07** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date, or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.