# Exhibit 5

# EXHIBIT A

**Nano-X Imaging Ltd. (NNOX)**

**Class Period: June 17, 2021 to August 18, 2021**

**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $23.5524 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Davian Holdings Limited** | 6/28/2021 | 3,160 | $32.0800 | ($101,373) | | | | | 3,160 | $74,426 | ($26,947) |

*Average Closing Prices from August 19 to November 16