UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MATTHEW WHITE, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

           v.

NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN,

                  Defendants.
-------------------------------------------------------------------------X

**ORDER**
20-CV-4355 (WFK) (MMH)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 10, 2022, Magistrate Judge Marcia M. Henry issued a Report and Recommendation ("R&R") recommending the Court grant Plaintiffs Ko and Jolteus' motion for consolidation of the above-captioned action with *Duarte v. Nano-X Imaging Ltd., et al.*, Case No. 20-CV-4528 (RRM) (MMH), appointment as co-lead plaintiffs, and approval of lead plaintiffs' counsel. *See* ECF No. 49. Magistrate Judge Henry recommended the remaining movants' applications be denied as moot.

The parties did not file any objections to the R&R, which were due by Wednesday, August 24, 2022. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R in its entirety. Plaintiffs Ko and Jolteus's motion for consolidation, appointment as co-lead plaintiffs, and approval of lead plaintiffs' counsel at ECF No. 12 and supplemented at ECF Nos. 31 and 35 is GRANTED. The remaining movants' applications at ECF Nos. 10, 15, 18, and 21 are DENIED as moot. A separate order effectuating this ruling will follow.

SO ORDERED.

**s/ WFK**

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2022
       Brooklyn, New York