UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

IN RE NANO-X IMAGING LTD.,                          :        **ORDER**
SECURITIES LITIGATION                               :        20-CV-4355 (WFK) (MMH)
                                                    :
                                                    :
                                                    :
                                                    :
----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the COVID-19 pandemic, the Court has suspended its pre-motion conference requirement. Therefore, the Court DENIES as moot the request for a pre-motion conference, ECF No. 76, and GRANTS Defendants leave to file a motion to stay. The Court ORDERS the following briefing schedule:

- Defendants shall submit the motion by Friday, January 6, 2023 at 5:00 P.M.;

- Plaintiffs shall submit a response by Friday, January 20, 2023 at 5:00 P.M.; and

- Defendants shall submit a reply, if any, by Friday, February 3, 2023 at 5:00 P.M.

As a courtesy, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M.

SO ORDERED.

**s/ WFK**

Dated: December 2, 2022                        HON. WILLIAM F. KUNTZ, II
       Brooklyn, New York                      UNITED STATES DISTRICT JUDGE