**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE NANO-X IMAGING LTD.,
SECURITIES LITIGATION

Master File No. 1:20-cv-04355-WFK

**ORAL ARGUMENT REQUESTED**

## NOTICE OF DEFENDANTS' MOTION TO STAY THIS ACTION

PLEASE TAKE NOTICE that upon the accompanying (a) memorandum of law, and (b) the declaration of Susan L. Saltzstein, dated January 6, 2023, and exhibits thereto, Defendants Nano-X Imaging Ltd., Ran Poliakine and Itzhak Maayan will move this court, before the Honorable William F. Kuntz, in the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on such day as counsel may be heard, for an Order staying the above captioned action pending resolution of *In re Nanox Securities Litigation*, No. 21-cv-05517 ("*McLaughlin*"), currently pending before Judge Kovner of this Court or, at the very least, pending resolution of Defendants' motion in this action (ECF No. 42) for consolidation of this action with *McLaughlin*.

Dated:  New York, New York
        January 6, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

  */s/ Susan L. Saltzstein*
Susan L. Saltzstein
Christopher P. Malloy
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
susan.saltzstein@skadden.com
christopher.malloy@skadden.com

*Attorneys for Nano-X Imaging Ltd.*


Jeffrey J. Chapman
Stephen G. Foresta
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York New York 10020
Telephone: (212) 548-7060
jchapman@mcguirewoods.com
sforesta@mcguirewoods.com

*Attorneys for Ran Poliakine*


Hadar E. Israeli
Zvi Gabbay
Haguy E. Kessel
58 Harakevet St., 21st Floor
Tel Aviv, Israel
Telephone: +972-3-6400600
Fax: +972-3-6400650
hisraeli@barlaw.co.il
hkessel@barlaw.co.il

*Attorneys for Itzhak Maayan*

2