UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE NANO-X IMAGING LTD.,
SECURITIES LITIGATION

Master File No. 1:20-cv-04355-WFK

## DECLARATION OF SUSAN L. SALTZSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO STAY

Susan L. Saltzstein, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant Nano-X Imaging Ltd. ("Nanox") in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Motion to Stay (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion:

| Exhibit | Description |
|---------|-------------|
| 1 | Consolidated and Amended Class Action Complaint, *In re Nano-X Imaging Ltd., Securities Litigation* ("*White*"), No. 1:20-cv-04355-WFK (E.D.N.Y. October 31, 2022), ECF No. 62 |
| 2 | Amended Complaint, *In re Nano-X Securities Litigation* ("*McLaughlin*"), No. 21-cv- 05517-RPK-PK (E.D.N.Y. April 12, 2022), ECF No. 24 |
| 3 | Complaint, *McLaughlin*, No. 21-cv- 05517-RPK-PK (E.D.N.Y. October 5, 2021), ECF No. 1 |
| 4 | Memorandum Decision and Order, *McLaughlin*, No. 21-cv- 05517-RPK-PK (E.D.N.Y. January 25, 2022), ECF No. 22 |

| 5 | Memorandum of Law in Support of the Defendants' Motion to Dismiss the Amended Class Action Complaint of Lead Plaintiff Davian Holdings Limited, *McLaughlin*, No. 1:21-cv-05517-RPK-PK (E.D.N.Y. Sept. 9, 2022), ECF No. 51 |
| --- | --- |
| 6 | Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint, *McLaughlin*, No. 1:21-cv-05517-RPK-PK (E.D.N.Y. Sept. 9, 2022), ECF No. 53 |
| 7 | Reply Memorandum of Law in Further Support of the Defendants' Motion to Dismiss the Amended Class Action Complaint of Lead Plaintiff Davian Holdings Limited, *McLaughlin*, No. 1:21-cv-05517-RPK-PK (E.D.N.Y. Sept. 9, 2022), ECF No. 55 |
| 8 | Letter from Defendants to Judge Kuntz and Judge Kovner, *McLaughlin*, No. 1:21-cv-05517-RPK-PK (E.D.N.Y. Dec. 21, 2021), ECF No. 18 |
| 9 | Reply Letter from Plaintiff to Judge Kuntz and Judge Kovner, *McLaughlin*, No. 1:21-cv-05517-RPK-PK (E.D.N.Y. Dec. 28, 2021), ECF No. 20 |
| 10 | Letter from Plaintiffs to Magistrate Judge Henry, *White*, No. 1:20-cv-04355-WFK (E.D.N.Y. November 3, 2022), ECF No. 63 |
| 11 | Reply Letter from Defendants to Magistrate Judge Henry, *White*, No. 1:20-cv-04355-WFK (E.D.N.Y. November 9, 2022), ECF No. 64 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
      January 6, 2023

                      /s/ *Susan L. Saltzstein*
                      Susan L. Saltzstein