# Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
2127354132
DIRECT FAX
9177774132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

February 7, 2023

**BY HAND DELIVERY AND ECF**

The Honorable William F. Kuntz, II
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    *In re Nano-X Ltd., Securities Litigation*, No. 1:20-cv-04355-WFK

Dear Judge Kuntz:

      In accordance with Your Honor's Individual Practice Rule III.G and the briefing schedule, so ordered by the Court on December 2, 2022, on behalf of Nano-X Imaging Ltd., Ran Poliakine and Itzhak Maayan (collectively, "Defendants"), please find enclosed:

1. Notice of Defendants' Motion to Stay (ECF No. 84);

2. Memorandum of Law in Support of Defendants' Motion to Stay (ECF No. 85);

3. Declaration of Susan L. Saltzstein in Support of Defendants' Motion to Stay (ECF No. 86), and exhibits thereto;

4. Plaintiffs' Memorandum of Law in Support of their Opposition to Defendants' Motion to Stay (ECF No. 89); and

5. Reply Memorandum of Law in Further Support of Defendants' Motion to Stay (ECF No. 88).

Respectfully,

/s/ *Susan L. Saltzstein*

Susan L. Saltzstein

cc: All Counsel of Record (by ECF without enclosures)
    The Honorable Judge Marcia M. Henry