SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

**www.skadden.com**

DIRECT DIAL
212-735-4132
DIRECT FAX
917-777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 3, 2023

**BY HAND DELIVERY AND ECF**

Honorable Rachel P. Kovner
Honorable William F. Kuntz, II
Honorable Marcia M. Henry
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:     *In re Nano-X Ltd., Securities Litigation*, No. 1:20-cv-04355-WFK;
        *In re Nano-X Securities Litigation*, No. 1:21-cv-05517-RPK-PK

Dear Judge Kovner, Judge Kuntz and Magistrate Judge Henry:

We represent Defendant Nano-X Imaging Ltd. in the above-referenced actions and write on behalf of all parties. On April 28, 2023, the parties signed a term sheet agreeing in principle to settle both of the above-referenced actions. The settlement is subject to the finalization of a formal settlement agreement by June 2, 2023 and court approval. The parties respectfully request that all proceedings[1] in each action be stayed pending the parties' further applications related to the approval of the settlement, which are expected to be submitted promptly following the execution of the formal settlement agreement.

---

[1] Currently pending in *In re Nano-X Securities Litigation*, No. 1:21-cv-05517-RPK-PK is defendants' motion to dismiss. (ECF Nos. 50-56.) Currently pending in *In re Nano-X Ltd., Securities Litigation*, No. 1:20-cv-04355-WFK are defendants' motion to consolidate these actions and defendants' motion to stay. (ECF Nos. 42-48;81-90.)

Honorable Rachel P. Kovner
Honorable William F. Kuntz, II
Honorable Marcia M. Henry
May 3, 2023
Page 2

Respectfully submitted,

*/s/ Susan L. Saltzstein*

Susan L. Saltzstein

cc: All Counsel of Record (by ECF)