# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK<br><br><br>Hon. Rachel P. Kovner<br><br>Hon. Magistrate Judge Peggy Kuo |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declarations of Justin D'Aloia and Nicholas Porritt, and all prior pleadings and proceedings herein, Lead Plaintiffs Davian Holdings Limited, Derson Jolteus, and Edward Ko ("Plaintiffs"), by and through their undersigned counsel, on behalf of themselves and the proposed Settlement Class (defined below), will hereby move this Court, before the Honorable Rachel P. Kovner, United States District Judge, United States District Court for the Eastern District of New York, at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be designated by the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for the entry of the proposed Order Granting Preliminary Approval of Class Settlement and Directing Class Notice, Exhibit A to the Stipulation of Settlement (the "Stipulation") annexed as Exhibit 1 to the Declaration of Justin D'Aloia, which, among other things:

(1) preliminarily approves the proposed settlement set forth in the Stipulation;

(2) preliminarily certifies a class, for settlement purposes only, of all persons or entities who purchased or otherwise acquired Nano-X securities between August 21, 2020 to November 17, 2021, inclusive (the "Settlement Class");

(3) preliminarily appoints Plaintiffs as the representatives for the proposed Settlement Class;

(4) preliminarily appoints the law firms of Levi & Korsinsky LLP and Pomerantz LLP as class counsel for the proposed Settlement Class;

(5) approves Epiq Global as the Claims Administrator for the proposed settlement set forth in the Stipulation;

(6) stays all ongoing and future proceedings unrelated to Settlement;

(7) approves the proposed class notice program, including the form, content, and manner of distribution of the forms of notice;

(8) sets deadlines and a procedure for the submission of proofs of claim to join in the proposed settlement, requests to be excluded from the proposed Settlement Class, and the filing of objections to the proposed settlement, and the filing of papers in support of final approval of the proposed settlement and any application for the payment of attorneys' fees and expenses and a compensatory award to Plaintiffs.

PLEASE TAKE FURTHER NOTICE that Defendants consent to the relief that Plaintiffs seek in this Motion, including the entry of the proposed Order Granting Preliminary Approval of Settlement Directing Class Notice.

Dated: June 2, 2023                          Respectfully submitted,

**POMERANTZ LLP**

/s/ Justin D. D'Aloia

Jeremy A. Lieberman
Justin D. D'Aloia
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jdaloia@pomlaw.com

*Counsel for Lead Plaintiff Davian Holdings Limited and the Settlement Class*

**LEVI & KORSINSKY, LLP**

Nicholas I. Porritt
Shannon Hopkins
Adam M. Apton
Max E. Weiss
55 Broadway, suite
New York, New York 10006
Tel.: (212) 3637500
nporritt@zlk.com
shopkins@zlk.com
aapton@zlk.com
mweiss@zlk.com

*Counsel for Lead Plaintiffs Derson Jolteus and Edward Ko and the Settlement Class*

**THE SCHALL LAW FIRM**

Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Davian Holdings Limited*