# LEVI&KORSINSKYLLP

55 Broadway, Suite #427
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**Max E. Weiss**
mweiss@zlk.com

June 2, 2023

**BY HAND DELIVERY AND ECF**

Honorable William F. Kuntz, II
Honorable Marcia M. Henry
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**     *White v. Nano-X Imaging Ltd.,* No. 1:20-cv-04355-WFK-MMH;
        *In re Nano-X Securities Litigation,* No. 1:21-cv-05517-RPK-PK

        RE:     *In re Nano-X Ltd., Securities Litigation,* No. 1:20-cv-04355-WFK

Dear Judge Kuntz and Magistrate Judge Henry:

The undersigned parties jointly write to inform Your Honors that on June 2, 2023, the parties in the above-referenced action filed a Stipulation of Settlement, attached to this letter motion as Exhibit 1, in the action captioned *In re Nano-X Securities Litigation,* Case No. 1:21-cv-05517-RPK-PK (the "*In re Nano-X* Action"), which is currently pending before the Honorable Rachel P. Kovner. The Stipulation of Settlement reflects the terms of a global settlement reached among the parties in *both* the *In re Nano-X* Action and this action that is subject to court approval under Fed. R. Civ. P. 23(e). In conjunction with filing the Stipulation of Settlement in the *In re Nano-X* Action, lead plaintiffs are seeking preliminary and final approval of the Stipulation of Settlement from Judge Kovner. Lead plaintiffs' motion for preliminary approval of the Stipulation of Settlement, and memorandum of law in support, are attached here as Exhibits 2 and 3.

As the parties have previously explained, the putative class period and class members in this action overlap and are entirely subsumed within the putative class in the *In re Nano-X* Action and the claims in both actions relate to class members' purchase or acquisition of Nano-X securities. (ECF No. 43 at 5; ECF No. 85 at 5-6.) Because all class members in this Action are members of the broader class in the *In re Nano-X* Action, the parties believe the global settlement need only be approved by the court in one of the pending actions and propose that it would be most efficient for the approval motion, and other motions relating to the settlement, to be heard before Judge Kovner in the *In re Nano-X* Action.

The Stipulation of Settlement contemplates that notices of the settlement will be sent to members of a settlement class encompassing all members of the putative classes in both actions. (Ex. 1 § 2.9.) The notices will inform the class members of the allegations and claims asserted in both actions and will describe

NEW YORK   •   WASHINGTON, D.C.   •   CONNECTICUT   •   CALIFORNIA

LEVI&KORSINSKYLLP

Page 2 of 3

the terms of the releases which cover all claims in both actions. (Ex. 1 at §4.1-4.3.)  The final judgment the parties request be entered in the *In re Nano-X* Action would resolve all claims of all class members in both actions.

The Stipulation of Settlement further provides that, once a final judgment approving the settlement is entered by the *In re Nano-X* Action Court, the parties will file a stipulation of dismissal with prejudice in this action. (Ex. 1 § 3.2.)

Based on the above, the parties respectfully request that (1) this Court approve the settlement approval procedures described above and set forth in Section 3.2 of Stipulation of Settlement; and (2) stay all proceedings in this action during the settlement approval process in the *In re Nano-X* Action.

We are providing a copy of this letter to Judge Kovner for her awareness.  The parties are available at the Court's convenience to discuss any questions or concerns the Court may have.

Respectfully submitted,

/s/ Justin D. D'Aloia
Jeremy A. Lieberman
Justin D. D'Aloia
Marc I. Gross
POMERANTZ LLP
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
jdaloia@pomlaw.com
migross@pomlaw.com

*Lead Counsel for Lead Plaintiff Davian Holdings Limited*

Brian Schall
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Davian Holdings Limited*

/s/ Susan L. Saltzstein
Susan L. Saltzstein
Christopher P. Malloy
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
susan.saltzstein@skadden.com
christopher.malloy@skadden.com

*Attorneys for Nano-X Imaging Ltd.*

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 6, 2023
Brooklyn, New York

NEW YORK · WASHINGTON, D.C. · CONNECTICUT · CALIFORNIA