# Levi & Korsinsky

33 Whitehall St., 17th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

Max Weiss
mweiss@zlk.com

June 4, 2024

Honorable William F. Kuntz, II
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**        *White v. Nano-X Imaging Ltd.,* No. 1:20-cv-04355-WFK-MMH;

Dear Judge Kuntz:

We represent Lead Plaintiffs Derson Jolteus and Edward Ko in *White v. Nano-X Imaging Ltd.,* No. 1:20-cv-04355-WFK-MMH (the "*White* Action") and write to inform the Court on the status of the proceedings in *In re Nano-X Securities Litigation*, No. 1:21-cv-05517-RPK-PK ("*In re Nano-X* Action").

On June 6, 2023, the Court stayed this proceeding pending the outcome of the motion to approve the settlement in the *In re Nano-X* Action. ECF No. 93. The Stipulation of Settlement submitted in the *In re Nano-X* Action reflects a global settlement reached among the parties in both *In re Nano-X* Action and the *White* Action and includes all claims asserted in the *White* Action. On October 31, 2023, the Court in the *In re Nano-X* Action granted Plaintiffs' Unopposed Motion for Preliminary Approval of the settlement. On April 17, 2024, Magistrate Judge Kuo issued her Report and Recommendation to Judge Rachel P. Kovner recommending that the Final Approval Motion in the *In re Nano-X* Action be granted. Pursuant to her Report and Recommendation, "the Settlement Class shall release 'any and all claims, demands, losses, rights, and causes of action of every nature and description, including both known claims and Unknown Claims, whether arising under federal, state, common, or foreign law, by Released Plaintiff Parties, whether brought directly or indirectly against any of the Released Defendant Parties, that have been or could have been asserted in the Litigation or could in the future be asserted in any forum, whether foreign or domestic, and which: (a) relate to any of the allegations, transactions, events, disclosures, statements, acts, or omissions that were asserted, involved, set forth, asserted, or referred to, or could have been asserted, by a Released Plaintiff Party in the Litigation; or (b) arise out of, are based upon, or relate in any way, directly or indirectly, to the purchase, acquisition, holding, sale, disposition, or ownership of Nano-X securities during the Settlement Class Period.'" *In re Nano-X Securities Litigation*, Case No. 1:21-cv-05517-RPK-PK, ECF No. 90 at 4 (Apr. 17, 2024) (quoting the Stipulation of Settlement at ¶¶ 1.38, 1.41).



Hon. William F. Kuntz II
June 4, 2024

On May 10, 2024, Judge Kovner accepted the Report and Recommendation of Magistrate Judge Kuo and entered judgment in the matter, granting the unopposed motions for final approval of the class action settlement and plan of allocation and for attorneys' fees and expenses. *In re Nano-X Securities Litigation*, Case No. 1:21-cv-05517-RPK-PK, ECF No. 93 (May 10, 2024). The judgment entered in the *In re Nano-X* Action incorporates the releases contained in the Stipulation of Settlement and Report and Recommendation and includes all claims asserted in the *White* Action.

Pursuant to Section 3.2 of the Stipulation, "subsequent to the Effective Date of the Settlement before the *In re Nano-X Action* Court, Lead Plaintiffs will file a stipulation of dismissal with prejudice in the *White* Action, if not already dismissed pursuant to the terms of the Settlement and Judgment contemplated thereby." ECF No. 92, Ex. 1 § 3.2. Now that a final judgment approving the settlement has been entered by the *In re Nano-X* Action Court, the parties hereby file a stipulation of dismissal with prejudice in the *White* Action. Based on the terms of the Stipulation and previous proceedings in this matter, the parties respectfully request that the Court so order the stipulation of dismissal, filed as an Exhibit to this letter.

The parties are available at the Court's convenience to discuss any questions or concerns the Court may have.

Respectfully submitted,

*/s/ Max Weiss*
Associate

Encl.
cc: Counsel of Record via ECF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN,<br><br>Defendants, | Case No. 1:20-cv-04355-WFK-MMH<br><br>Hon. William F. Kuntz, II<br><br>**[PROPOSED] STIPULATION AND ORDER OF DISMISSAL** |

This stipulation is entered into by and between Lead Plaintiffs Edward Ko and Derson O. Jolteus ("Lead Plaintiffs") and Nano-X Imaging Ltd., Ran Poliakine and Itzhak Maayan ("Defendants"), by and through their undersigned attorneys.

**WHEREAS**, on September 16, 2020, the initial putative class action complaint on behalf of purchasers of Nano-X Imaging Ltd. securities for the period of August 21, 2020 and September 15, 2020 was filed against Defendants;

**WHEREAS**, on August 30, 2022, the Court granted the motion to appoint Edward Ko and Derson O. Jolteus as Lead Plaintiffs and appoint Levi & Korsinsky, LLP as lead counsel. ECF No. 51;

**WHEREAS**, on October 31, 2022, Lead Plaintiffs filed the Amended Class Action Complaint for Violations of the Federal Securities Laws against Defendants (the "Complaint"). ECF No. 62;

**WHEREAS**, on June 2, 2023, Plaintiffs filed the Stipulation of Settlement and the Unopposed Motion for Preliminary Approval of the Class Action Settlement in the action

captioned *In re Nano-X Securities Litigation*, Case No. 1:21-cv-05517-RPK-PK (the "*In re Nano-X Action*")'

      **WHEREAS**, the Stipulation of Settlement reflected the terms of a global settlement reached among the parties in both the *In re Nano-X Action* and this action;

      **WHEREAS**, the Stipulation of Settlement provided that, "subsequent to the Effective Date of the Settlement before the In re Nano-X Action Court, Lead Plaintiffs will file a stipulation of dismissal with prejudice in the White Action, if not already dismissed pursuant to the terms of the Settlement and Judgment contemplated thereby." (ECF No. 92 Ex. 1 § 3.2.);

      **WHEREAS**, on June 6, 2023, this Court So Ordered the Parties' stipulation, staying all proceedings in this action during the settlement approval process in the *In re Nano-X Action*;

      **WHEREAS**, on October 31, 2023, the Court in the *In re Nano-X Action* granted the Unopposed Motion for Preliminary Approval, which (i) preliminarily certified a Settlement Class; (ii) preliminary found that the prerequisites for a class action under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure were satisfied; (iii) preliminarily certified Davian Holdings, Derson Jolteus, and Edward Ko as the class representatives on behalf of the Settlement Class and Pomerantz LLP and Levi & Korsinsky, LLP as Co-Lead Counsel for the Settlement Class; and (iv) scheduled various deadlines relating to the Settlement, including the February 15, 2024 Final Approval Hearing;

      **WHEREAS**, on January 11, 2024, Lead Plaintiffs filed their Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation and their Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs;

      **WHEREAS**, on January 19, 2024, the Court in the *In re Nano-X Action* referred the Motions to Magistrate Judge Kuo for Report and Recommendation;

**WHEREAS**, on February 15, 2024, the Final Approval Hearing was held telephonically before Magistrate Judge Kuo;

**WHEREAS**, on February 28, 2024, the Claims Administrator provided an update to the Court, stating that it had mailed a total of 77,880 Notice Packets to potential Settlement Class Members and nominees, and received approximately 26,000 claims, five requests for exclusion from the Settlement, and no objections to the Settlement;

**WHEREAS**, on April 17, 2024, Magistrate Judge Kuo issued her Report and Recommendation, recommending that the Court in the *In re Nano-X Action* enter a final judgment and order granting final approval of the Settlement, approving the $8,000,000 class-wide settlement, awarding attorneys' fees in the amount of $2,666,666.67 and expenses in the amount of $91,076.19, plus interest, and awarding each Co-Lead Plaintiff $3,000.00 for their service as representatives of the Settlement Class and that any written objections to the Report and Recommendation be filed within 14 days of the report;

**WHEREAS**, Pursuant to the Report and Recommendation, "the Settlement Class shall release 'any and all claims, demands, losses, rights, and causes of action of every nature and description, including both known claims and Unknown Claims, whether arising under federal, state, common, or foreign law, by Released Plaintiff Parties, whether brought directly or indirectly against any of the Released Defendant Parties, that have been or could have been asserted in the Litigation or could in the future be asserted in any forum, whether foreign or domestic, and which: (a) relate to any of the allegations, transactions, events, disclosures, statements, acts, or omissions that were asserted, involved, set forth, asserted, or referred to, or could have been asserted, by a Released Plaintiff Party in the Litigation; or (b) arise out of, are based upon, or relate in any way, directly or indirectly, to the purchase, acquisition, holding, sale, disposition, or ownership of Nano-

X securities during the Settlement Class Period.'" *In re Nano-X Securities Litigation*, Case No. 1:21-cv-05517-RPK-PK, ECF No. 90 at 4 (Apr. 17, 2024) (quoting the Stipulation of Settlement at ¶¶ 1.38, 1.41);

**WHEREAS,** this release includes all claims asserted in this Action;

**WHEREAS,** on April 18, 2024, the Parties informed the Court in the *In re Nano-X Action* that they had no objections to the Report;

**WHEREAS,** on May 7, 2024, having received no objections, the Court in the *In re Nano-X Action* issued an Order adopting the Report and Recommendation, granting the Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation and the Unopposed Motion for Attorneys' Fees, Reimbursement Expenses, and Awards to Plaintiffs, specifically: (i) certifying the Class for the purposes of the settlement; (ii) excluding individuals Zejun Xiao, Zhenmei Liu, Michelle Xiao, Neven Borak, and Milisav Borak from the settlement class; (iii) finding that the proposed $8 million class-wide settlement was fair, reasonable, and adequate, (iv) awarding plaintiffs' attorneys' fees in the amount of $2,666,666.67 and expenses in the amount of $91,076.19, plus accrued interest; (v) awarding co-lead plaintiffs each $3,000 for their service as representatives of the settlement class; and (vi) dismissing the case with prejudice;

**WHEREAS,** on May 10, 2024, the clerk entered Judgment ordering that the motions for final approval and attorneys' fees are granted for the reasons stated in the Report and Recommendation.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, subject to the Court's approval, as follows:

1.      This action is hereby dismissed pursuant to Section 3.2 of the Stipulation of Settlement. (ECF No. 92 Ex. 1 § 3.2.);

2.     The dismissal is with prejudice with respect to any claims or causes of action, or any kind whatsoever, whether known or unknown, suspected or unsuspected, anticipated or unanticipated, which Plaintiffs and the Class may now have or have ever had, or hereafter can, shall or may have against any Defendant or their counsel, relating to or arising out of or in connection with any of the claims, facts, matters, omissions or occurrences referred to in, or that could have been raised in, or which are the subject matters of, the Complaint.

3.     Each Defendant hereby releases any claims or causes of action, of any kind whatsoever, whether known or unknown, suspected or unsuspected, anticipated or unanticipated, which it may now have or have ever had, or hereafter can, shall or may have against Plaintiffs and their counsel relating to or arising out of or in connection with the filing and prosecution of this action.

Dated:   June 4, 2024

/s/ Nicholas I. Porritt
Nicholas I. Porritt
Shannon L. Hopkins
Adam M. Apton
Max E. Weiss
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
shopkins@zlk.com
aapton@zlk.com
mweiss@zlk.com
nporritt@zlk.com

*Lead Counsel for Lead Plaintiffs Derson
Jolteus and Edward Ko*

/s/ Susan L. Saltzstein
Susan L. Saltzstein
Christopher P. Malloy
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
susan.saltzstein@skadden.com
christopher.malloy@skadden.com

*Attorneys for Nano-X Imaging Ltd.*

/s/ Hadar E. Israeli
Hadar E. Israeli
Zvi Gabbay
Haguy E. Kessel
BARNEA JAFFA LANDE & CO
58 Harakevet St., 21st Floor
Tel Aviv, Israel
Telephone: +972-3-6400600
Fax: +972-3-6400650
hisraeli@barlaw.co.il
hkessel@barlaw.co.il

*Attorneys for Itzhak Maayan*

<u>/s/Jeffrey J. Chapman</u>
Jeffrey J. Chapman
Stephen G. Foresta
Louis D. Greenstein
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York New York 10020
Telephone: (212) 548-7060
jchapman@mcguirewoods.com
sforesta@mcguirewoods.com
lgreenstein@mcguirewoods.com

*Counsel to the Estate of Ran Poliakine (deceased)*

## s/ WFK

**Hon. William F. Kuntz, II**
**UNITED STATES DISTRICT JUDGE**